**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MEITAV DASH PROVIDENT FUNDS AND PENSION LTD.,<br><br>Lead Plaintiff,<br><br>and<br><br>JACOB GOLDMAN, Individually and on behalf of all others similarly situated, GARY SMITH, Individually and on behalf of all others similarly situated, and EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF PROVIDENCE, CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>SPIRIT AEROSYSTEMS HOLDINGS, INC., THOMAS G. GENTILE, III, JOSE GARCIA, JOHN GILSON, and SHAWN CAMPBELL,<br><br>Defendants/Consolidated Defendants. | ) | Case No. 20-cv-00054-SPF-JFJ<br>**BASE FILE**<br><br>**Consolidated with:**<br>Case No. 20-cv-00077-SPF-JFJ<br>and<br>Case No. 20-cv-00117-SPF-JFJ |

**JUDGMENT**

In accordance with the order entered this same date, plaintiffs' Consolidated Class Action Complaint is dismissed with prejudice.

DATED this 7th day of January, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0054p002.docx